DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**ALVIN MITCHELL,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D21-2673

[April 28, 2022]

Appeal of order denying 3.850 motion from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Ernest A. Kollra, Judge; L.T. Case No. 04-10653CF10A.

Alvin Mitchell, South Bay, pro se.

Ashley Moody, Attorney General, Tallahassee, and Richard Valuntas, Assistant Attorney General, West Palm Beach, for appellee.

PER CURIAM.

*Affirmed.*

MAY, DAMOORGIAN and FORST, JJ., concur.

*        *        *

***Not final until disposition of timely filed motion for rehearing.***